BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CYNTHIA HA VU dba VALLEY PHARMACY,<br><br>            Defendants. | CASE NO. 1:13-cv-00179-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**New Date:  June 25, 2013**<br>**Time: 8:30 a.m.**<br>Courtroom:  8<br>Magistrate Judge Barbara McAuliffe |

The parties to this action hereby stipulate and agree, and request that the Court order, that the Mandatory Scheduling Conference set for May 9, 2013, be continued to June 18, 2013, at 8:30 a.m. in Courtroom 8 in order to allow time for Defendants to appear in this matter.  Defendants' response to the Complaint is due May 14, 2013.

Dated:  April 26, 2013.                                       Respectfully submitted,

                                                              BENJAMIN B. WAGNER
                                                              United States Attorney

                                                    By:   /s/ Glen F. Dorgan_____
                                                              GLEN F. DORGAN
                                                              Assistant United States Attorney
                                                              Attorneys for Plaintiff United States

1

Dated: April 18, 2013.                           LAW OFFICES OF
                                                 BROWN & BROWN


                                    By:    /s/ Donald B. Brown
                                           DONALD B. BROWN
                                           Attorney for Defendants


## ORDER

The Court, having considered the parties' stipulation to continue the mandatory scheduling conference, and for good cause being shown, **IT IS HEREBY ORDERED** that the Scheduling Conference is continued from May 7, 2013 at 8:30AM to June 25, 2013 at 8:30AM in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. The parties may appear by telephone.

IT IS SO ORDERED.

   Dated:   **April 30, 2013**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

2