UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA, | Case No.: 1:13-cv-00179 AWI BAM |
| Plaintiff, | ORDER GRANTING STIPULATION TO VACATE AND RE-SET THE SETTLEMENT CONFERENCE |
| v. | |
| KERN HIGH SCHOOL DISTRICT, et al., | |
| Defendants. | |

Before the Court is the lodged stipulation of counsel seeking to continue the settlement conference. Counsel report that one of the defense attorneys has been stricken ill[1] and will not be able to attend the settlement conference currently set on August 29, 2013. They seek to reset the conference to another date convenient to the Court and the parties but do not, at this time, propose an alternate date.

///

///

///

---

[1] The Court notes that last week and continuing through today, Defendant failed to lodge a settlement conference statement as required by scheduling conference order. At least 5 court days in advance of the continued settlement conference, Defendant SHALL lodge a settlement conference statement to JLTOrders@caed.uscourts.gov.

1

Therefore, good cause appearing, the Court **ORDERS** the settlement conference **VACATED**. Counsel may file a stipulation to re-set the conference on a date that is convenient to them and the Court.

IT IS SO ORDERED.

Dated: **August 28, 2013**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE