UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CYNTHIA HA VU dba VALLEY PHARMACY,<br><br>            Defendant. | Case No.: 1:13-cv-00179 AWI BAM<br><br>AMENDED ORDER GRANTING STIPULATION TO VACATE AND RE-SET THE SETTLEMENT CONFERENCE<br><br>(Doc. 11) |

Before the Court is the lodged stipulation of counsel seeking to continue the settlement conference. Counsel report that one of the defense attorneys has been stricken ill[1] and will not be able to attend the settlement conference currently set on August 29, 2013. They seek to reset the conference to September 20, 2013. Therefore, good cause appearing, the Court **ORDERS** the settlement conference in **CONTINUED** to **September 20, 2013 at 9:00 a.m.**

IT IS SO ORDERED.

   Dated:   **August 29, 2013**              /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that last week and continuing through today, Defendant failed to lodge a settlement conference statement as required by scheduling conference order. At least 5 court days in advance of the continued settlement conference, Defendant SHALL lodge a settlement conference statement to JLTOrders@caed.uscourts.gov.

1