# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CYNTHIA HA VU dba VALLEY PHARMACY,<br><br>        Defendant. | Case No.: 1:13-cv-00179 AWI BAM<br><br>ORDER AFTER SETTLEMENT CONFERENCE |

On September 20, 2013, the Court held a settlement conference at which the parties were able to come to agreement to settle the matter. Therefore, pursuant to Local Rule 160, the Court **ORDERS**:

1.  The parties **SHALL** file a stipulated request for dismissal no later than **December 13, 2013**; and

2.  All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:  **September 20, 2013**           /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE

1