BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>CYNTHIA HA VU dba VALLEY PHARMACY,<br><br>             Defendants. | CASE NO. 1:13-cv-00179-AWI-BAM<br><br>**STIPULATION TO CONTINUE DISMISSAL DEADLINE;  ORDER** |

### Stipulation Recitals

1. On September 20, 2013, after the parties agreed to a settlement of the above-captioned matter, the Court issued an Order [Doc # 15] directing the parties to file a stipulated request for dismissal no later than December 13, 2013.

2. Following the September 20, 2013 settlement, the parties worked diligently toward reducing the terms of their settlement to a written agreement, which was accomplished in late October 2013. However, as a result of some unexpected administrative issues, the United States requested, and Defendant agreed, to move the deadline for completing the settlement to early January 2014. Accordingly, the parties now anticipate that a stipulated request for dismissal can be filed on or before January 17, 2014.

Stipulation Re: Dismissal Deadline

1

## Stipulation

IT IS HEREBY STIPULATED by and between the United States and Defendant, acting by and through their counsel of record, that the deadline for filing the stipulated request for dismissal shall be extended to January 17, 2014.

Dated:  December 4, 2013.                                  Respectfully submitted,

                                                                                     BENJAMIN B. WAGNER
                                                                                     United States Attorney


                                                                          By:    /s/ Glen F. Dorgan
                                                                                     GLEN F. DORGAN
                                                                                     Assistant United States Attorney
                                                                                     Attorneys for Plaintiff United States

Dated:  December 4, 2013.                                  LAW OFFICES OF
                                                                                     BROWN & BROWN



                                                                          By:    /s/ Donald B. Brown
                                                                                     DONALD B. BROWN
                                                                                     Attorney for Defendants



## ORDER

IT IS SO ORDERED.

Dated:   December 5, 2013                           _____
                                                                             SENIOR  DISTRICT  JUDGE

Stipulation Re: Dismissal Deadline

2