1   BENJAMIN B. WAGNER
United States Attorney
2   GLEN F. DORGAN
Assistant United States Attorneys
3   2500 Tulare Street, Suite 4401
Fresno, California  93721
4   (559) 497-4080 (telephone)
(559) 497-4099 (facsimile)
5

6   Attorneys for the United States

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    CASE NO. 1:13-cv-00179-AWI-BAM

12                          Plaintiff,            **STIPULATION FOR DISMISSAL;
                                                  ORDER**
13   v.

14   CYNTHIA HA VU dba VALLEY
PHARMACY
15

16                          Defendant.

17

18        IT IS HEREBY STIPULATED by and between the parties to this action, through their designated

19   counsel, that the above-captioned action be dismissed with prejudice, each party to bear its or her own

20   fees and costs.

21                                               BENJAMIN B. WAGNER
                                                 United States Attorney
22

23   Date: January 17, 2014                       /s/ Glen F. Dorgan_____
                                         By:      GLEN F. DORGAN
24                                                Assistant United States Attorney

25                                               LAW OFFICES OF BROWN & BROWN

26   Date: January 6, 2014                        /s/ Donald B. Brown_____
                                         By:      DONALD B. BROWN
27                                                Attorney for Defendant

28

Stipulation of Dismissal; Order

1

**ORDER**

2

Based on the stipulation of the parties, and good cause appearing therefor,

3

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, each party

4

to bear its or his own fees and costs.

5

IT IS SO ORDERED.

6

Dated:   January 21, 2014

7

SENIOR   DISTRICT   JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Dismissal; Order